STANLEY E. WOODWARD, JR.
Associate Attorney General
Department of Justice
9500 Pennsylvania Avenue
Washington, DC 20530
Telephone: (212) 514-2000
Email: Stanley.Woodward@usdoj.gov

Counsel for Plaintiff-Intervenor
THE UNITED STATES

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CRUISE LINES INTERNATIONAL ASSOCIATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Proposed Plaintiff-Intervenor, <br><br> v. <br><br> GARY S. SUGANUMA, in his capacity as Director of Taxation for the State of Hawaii, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00367-JAO-KJM <br> **MOTION TO INTERVENE** <br><br><br><br><br><br><br><br> HEARING DATE: November 14, 2025 |

## PLAINTIFF-INTERVENOR
## UNITED STATES' MOTION TO INTERVENE

The United States of America respectfully moves pursuant to Federal Rule of Civil Procedure 24 to intervene as a plaintiff in this action. Intervention is warranted as of right because the United States' interest in defending Federal law and ensuring the uniformity of the taxation of vessels cannot be fully represented or protected by the private plaintiffs, and this interest will be impaired if the United States is not permitted to intervene. *See* Fed. R. Civ. P. 24(a)(2). Alternatively, the United States should be granted leave to intervene because the United States' claims against Defendants share with this action common questions of law and fact and this action involves Federal constitutional provisions and the Rivers and Harbors Act, both of which the Attorney General is entrusted to protect. *See* Fed. R. Civ. P. 24(b).

For the reasons discussed herein and in the accompanying Memorandum of Law, the United States respectfully requests that the Court grant the United States' Motion to Intervene in this matter. The United States attaches a proposed Complaint in Intervention in accordance with Rule 24(c) and a proposed order.

[SIGNATURE BLOCK ON NEXT PAGE]

DATED: November 13, 2025	Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Plaintiff-Intervenor
United States of America*