# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CRUISE LINES INTERNATIONAL ASSOCIATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>GARY S. SUGANUMA, in his capacity as Director of Taxation for the State of Hawaii, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00367-JAO-KJM<br>**UNITED STATES' PROPOSED ORDER GRANTING MOTION TO INTERVENE**<br><br><br><br>HEARING DATE: November 14, 2025 |

## [PROPOSED] ORDER GRANTING
## UNITED STATES' MOTION TO INTERVENE

Pending before the Court is Proposed Intervenor-Plaintiff United States of America's Motion to Intervene. After reviewing the Motion, any further briefing, and the record and applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.