STANLEY E. WOODWARD, JR.
Associate Attorney General
Department of Justice
9500 Pennsylvania Avenue
Washington, DC 20530
Telephone: (202) 514-2000
Email: Stanley.Woodward@usdoj.gov

Counsel for Plaintiff-Intervenor
THE UNITED STATES

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CRUISE LINES INTERNATIONAL ASSOCIATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Proposed Plaintiff-Intervenor, <br><br> v. <br><br> GARY S. SUGANUMA, in his capacity as Director of Taxation for the State of Hawaii, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00367-JAO-KJM <br><br> **MOTION TO STAY RULING ON MOTION TO DISMISS** <br><br><br> HEARING DATE: November 14, 2025 |

### UNITED STATES' MOTION TO STAY
### RESOLUTION OF DEFENDANTS' MOTION TO DISMISS

The United States hereby requests this Court stay or defer resolution of

1

Defendants' Joint Motion to Dismiss, ECF No. 53, pending adjudication of the United States' Motion to Intervene, ECF No. 69.

A district court maintains inherent authority "to manage [its] dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Cahill v. Insider Inc.*, 131 F.4th 933, 938 (9th Cir. 2025) (quoting *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016)).  This power includes the discretion "to stay proceedings." *Clinton v. Jones*, 520 U.S. 681, 707 (1997).  Should this Court permit the United States to intervene, some of Defendants arguments for dismissal may be duplicative of future arguments asserted against the United States.  In other respects, some of Defendants' arguments for dismissal of certain claims from case may be rendered moot by the United States' intervention.  It therefore makes sense to resolve at one time all arguments for and against dismissal.  No party would be prejudiced by a short stay to allow that to occur.  Thus, to promote efficient resolution of the arguments and judicial economy, as well as preservation of the parties' resources, the United States respectfully request this Court defer or stay resolution of Defendants' Motion to Dismiss pending resolution of intervention.

[SIGNATURE BLOCK ON NEXT PAGE]

DATED: November 13, 2025             Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Plaintiff-Intervenor
United States of America*

## CERTIFICATE OF SERVICE

      I, Stanley E. Woodward, certify pursuant to Local Rule 5.4 that I filed the foregoing Motion to Stay Resolution of Defendants' Motion to Dismiss and Proposed Order with the Electronic Case Filing System established by the United States District Court for the District of Hawaii, and by filing those documents with the CM-ECF system, provided notice of filing to all counsel of record listed below:

Daniel M. Gluck
daniel.gluck@honolulu.gov

Nikki Y. Loh
nikki.loh@honolulu.gov

Kacyn Fujii
kacyn.h.fujii@hawaii.gov

Andrew Scott Michaels
amichaels@kauai.gov

Hannah Ehrig McKee
hannah.mckee@hawaiicounty.gov

Trever K. Asam
tasam@cades.com

Benjamin W. Snyder
bensnyder@paulhastings.com

Bradley J. Bondi
bradbondi@paulhastings.com

Jeffrey S. Portnoy
jportnoy@cades.com

Lindsay Nash McAneeley
lmcaneeley@cades.com

Ronald K. Anguas, Jr.
Ronaldanguas@paulhastings.com