# MINUTE ORDER

|  |  |
|---|---|
| CASE NUMBER: | 1:25-cv-00367-JAO-KJM |
| CASE NAME: | Cruise Lines International Association, Inc., et al. v. Gary S. Suganuma, et al. |
| ATTY'S FOR PLTFS: | *Benjamin W. Snyder<br>*Bradley J. Bondi<br>Jeffrey S. Portnoy<br>Lindsay Nash McAneeley<br>Ronald K. Anguas, Jr.<br>Trever K. Asam |
| ATTY'S FOR DEFTS: | *Kacyn Fujii<br>Michael D. Dunford<br>Andrew Scott Michaels<br>Daniel M. Gluck<br>Moana A. Yost<br>Kenton S. Werk<br>Hannah Ehrig McKee |

| JUDGE: | Jill A. Otake | REPORTER: | Beth Krupa |
|---|---|---|---|
| DATE: | 11/14/2025 | TIME: | 9:40am-10:35am |

COURT ACTION: EP:  Hearing on [28] Plaintiffs' Motion for Preliminary Injunction and [53] Defendants' Motion to Dismiss the Complaint was held.

Oral arguments heard.

[28] Plaintiffs' Motion for Preliminary Injunction and [53] Defendants' Motion to Dismiss the Complaint - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Carla Cortez, Courtroom Manager