# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:25-cv-00367-JAO-KJM |
| CASE NAME: | Cruise Lines International Association, Inc., et al. v. Gary S. Suganuma, et al. |
| ATTY'S FOR PLTFS: | Benjamin W. Snyder<br>Lindsay Nash McAneeley<br>Ronald K. Anguas, Jr.<br>Trever K. Asam |
| INTERVENOR PLA: | *Bradley Craigmyle |
| ATTY'S FOR DEFTS: | *Kacyn Fujii<br>Michael D. Dunford<br>Daniel M. Gluck<br>Moana A. Yost<br>Nikki Y. Loh<br>Kenton S. Werk<br>Hannah Ehrig McKee |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Beth Krupa |
| DATE: | 12/17/2025 | TIME: | 11:00am-11:40am |

COURT ACTION:  EP:  Hearing on [97] United States' Motion for a Preliminary Injunction was held.

Ronald K. Anguas, Jr., Esq., Benjamin W. Snyder, Esq., Kenton S. Werk, Esq., and Hannah Ehrig McKee, Esq. present by Video Teleconference (''VTC'').

Oral arguments heard.

For reasons stated on the record, [97] United States' Motion for a Preliminary Injunction - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Carla Cortez, Courtroom Manager