STANLEY E. WOODWARD, JR.
*Associate Attorney General*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
BRADLEY CRAIGMYLE
*Deputy Assistant Attorney General*
ELIAS L. QUINN
*Senior Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 532-3150
Email: bradley.craigmyle@usdoj.gov
         elias.quinn@usdoj.gov

Counsel for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| CRUISE LINES INTERNATIONAL ASSOCIATION, INC.; HONOLULU SHIP SUPPLY CO.; KAUA'I KILOHANA PARTNERS; and ALOHA ANUENUE TOURS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GARY S. SUGANUMA, in his capacity as Director of Taxation for the State of Hawaii; HAWAII DEPARTMENT OF TAXATION; CHELSIE SAKAI, in her capacity as County Finance Director of the | Civil No. 1:25-cv-00367-JAO-KJM<br><br>**NOTICE OF UNITED STATES' APPEAL OF ORDER (ECF NO. 103) DENYING MOTION FOR PRELIMINARY INJUNCTION** |

County of Kauaʻi; COUNTY OF KAUAʻI; ANDREW T. KAWANO, in his capacity as Director of the Department of Budget and Fiscal Services for the City and County of Honolulu; CITY AND COUNTY OF HONOLULU; MARCY MARTIN, in her capacity as Director of Finance for the County of Maui; COUNTY OF MAUI; DIANE NAKAGAWA, in her capacity as Director of Finance for the County of Hawaiʻi; and COUNTY OF HAWAIʻI,

       Defendants.

Please take notice that the United States appeals to the U.S. Court of Appeals for the Ninth Circuit from the Court's December 23, 2025 Order (ECF No. 103) denying the United States' motion for a preliminary injunction.

December 24, 2025

Respectfully submitted,

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

/s/ *Bradley Craigmyle*
BRADLEY CRAIGMYLE
*Deputy Assistant Attorney General*
ELIAS L. QUINN
*Senior Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 532-3150
Email: Bradley.Craigmyle@usdoj.gov

Counsel for the United States of America