|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 27 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CRUISE LINES INTERNATIONAL ASSOCIATION, INC.; et al.,

    Plaintiffs - Appellants,

UNITED STATES OF AMERICA,

    Intervenor-Plaintiff,

 v.

GARY S. SUGANUMA, in his capacity as Director of Taxation for the State of Hawaii; et al.,

    Defendants - Appellees.

No. 25-8057

D.C. No. 1:25-cv-00367-JAO-KJM
District of Hawaii, Honolulu

ORDER

---

CRUISE LINES INTERNATIONAL ASSOCIATION, INC.; et al.,

    Plaintiffs,

UNITED STATES OF AMERICA,

    Intervenor-Plaintiff - Appellant,

 v.

GARY S. SUGANUMA, in his capacity as Director of Taxation for the State of Hawaii; et al.,

    Defendants - Appellees.

No. 25-8058

D.C. No. 1:25-cv-00367-JAO-KJM
District of Hawaii, Honolulu

The court has received the emergency motions for injunctive relief. The consolidated response to the motions is due by 9:00 a.m. Pacific Time on December 30, 2025. The optional replies in support of the motions are due by 9:00 a.m. Pacific Time on December 31, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT