STANLEY E. WOODWARD, JR.
*Associate Attorney General*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
BRADLEY CRAIGMYLE
*Deputy Assistant Attorney General*
ELIAS L. QUINN
*Senior Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 532-3150
Email: bradley.craigmyle@usdoj.gov
        elias.quinn@usdoj.gov

Counsel for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CRUISE LINES INTERNATIONAL ASSOCIATION, INC.; HONOLULU SHIP SUPPLY CO.; KAUA'I KILOHANA PARTNERS; and ALOHA ANUENUE TOURS LLC, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor <br><br> v. <br><br> GARY S. SUGANUMA, in his capacity as Director of Taxation for | No. 1:25-cv-00367-JAO-KJM <br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD** <br><br> Hearing <br> Date:  December 17, 2025 <br> Time:  11:00 a.m. <br> Judge: Hon. Jill A. Otake |

the State of Hawaii; HAWAII DEPARTMENT OF TAXATION; CHELSIE SAKAI, in her capacity as County Finance Director of the County of Kaua'i; COUNTY OF KAUA'I; ANDREW T. KAWANO, in his capacity as Director of the Department of Budget and Fiscal Services for the City and County of Honolulu; CITY AND COUNTY OF HONOLULU; MARCY MARTIN, in her capacity as Director of Finance for the County of Maui; COUNTY OF MAUI; DIANE NAKAGAWA, in her capacity as Director of Finance for the County of Hawai'i; and COUNTY OF HAWAI'I,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.5, Elias L. Quinn respectfully moves this Court to allow him to withdraw as counsel for the United States of America. The undersigned will be leaving the employment of the United States Department of Justice by April 3, 2026. The United States will continue to be represented by Bradley Craigmyle and others of US DOJ as counsel of record.

WHEREFORE, the undersigned Elias L. Quinn respectfully request that the Court grant this Motion to Withdraw as Counsel of Record in this case.

Respectfully submitted,

Dated: March 6, 2026

ADAM R.F. GUFSTAFSON

Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

s/ *Elias L. Quinn*
ELIAS L. QUINN (G03503)
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Tel.: (202) 598-9560
Email: elias.quinn@usdoj.gov

**ATTORNEY FOR THE UNITED STATES OF
AMERICA**

.